UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NANCY C. JUSTICE, et al.

    Plaintiffs,

v.

                      Case No. 2:13-CV-165
                      CHIEF JUDGE EDMUND A. SARGUS, JR.

OCWEN LOAN SERVICING, et al.

    Defendants.

## AGREED JUDGMENT ENTRY

Pursuant to a confidential settlement agreement by and between the parties and pursuant to Fed. R. Civ. P. 41(a), Plaintiffs, Nancy C. Justice and Ronald C. Justice ("Plaintiffs"), and Defendants: HSBC Bank USA, N.A., as Trustee on Behalf of Ace Securities Corp. Home Equity Loan Trust and for the Registered Holders of Ace Securities Corp. Home Equity Loan Trust, Series 2005-SN1, Asset Backed Pass-Through Certificates; HSBC Bank USA, N.A., as Trustee on Behalf of Ace Securities Corp. Home Equity Loan Trust and for the Registered Holders of Ace Securities Corp. Home Equity Loan Trust, Series 2006-SD1, Asset Backed Pass-Through Certificates; and Ocwen Loan Servicing, LLC (collectively "Defendants"), hereby stipulate to a dismissal, with prejudice of Plaintiffs' claims in the above matter. Each party to bear its own costs.

    IT IS SO ORDERED.

3-5-2015
DATE

/s/ Edmund A. Sargus
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1